MICHAEL WEED (SBN 199675)
mweed@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 300
Sacramento, CA 95814
Telephone: (916) 447-9200
Facsimile:  (916) 329-4900

Attorneys for Defendant Codefied, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD ARMSTRONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CODEFIED, INC.,<br><br>Defendant. | Case No. 2:19-cv-00550-JAM-EFB<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Codefied, Inc. d/b/a Housecall Pro ("HCP"), by and through its undersigned counsel, hereby states that HCP has no parent corporation and no publicly held corporation owns 10% or more of HCP's stock.

Dated: June 28, 2019

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Michael Weed*
MICHAEL WEED (SBN 199675)

Attorneys for Defendant Codefied, Inc.