Rachel E. Kaufman, CA Bar No. 259353
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
rachel@kaufmanpa.com

Amanda F. Benedict, CA Bar No. 200291
LAW OFFICE OF AMANDA F. BENEDICT
7710 Hazard Center Dr., Ste E-104
San Diego, CA 92108
Telephone: (760) 822-1911
Facsimile: (760) 452-7560
amanda@amandabenedict.com

*Counsel for Plaintiff and all others similarly situated*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD ARMSTRONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CODEFIED, INC., a Delaware corporation,<br><br>Defendant. | No. 2:19-cv-00550-JAM-EFB<br><br>**JOINT AMENDED STIPULATION AND PROPOSED ORDER FOR EXTENSION OF BRIEFING SCHEDULE AND CONTINUANCE OF HEARING ON DEFENDANT'S MOTION TO DISMISS OR FOR TRANSFER** |

Plaintiff Clifford Armstrong ("Plaintiff") and Defendant Codefied, Inc. d/b/a Housecall Pro ("Defendant"), by and through their undersigned counsel, respectfully submit this Joint Amended Stipulation to extend the briefing dates and continue the hearing on Defendant's Motion to Dismiss for Lack of Venue or for Transfer of the Case (D.E. 9).

1. Defendant filed its Motion to Dismiss or for Transfer on May 21, 2019, and set the hearing date for July 30, 2019.

2. Plaintiff's response to the Motion is currently due by July 16, 2019, and Defendant's

1

reply is currently due no later than July 23, 2019.

3. The parties have agreed to extend the briefing schedule and continue the hearing on Defendant's motion to dismiss, and request that the Court approve of the following schedule:

- Plaintiff's response to be filed no later than August 20, 2019;
- Defendant's reply to be filed no later than August 27, 2019; and
- Hearing on September 10, 2019 at 1:30 pm Courtroom 6, 14th Floor.

4. This extension of the briefing schedule and continuance of the hearing on Defendant's motion to dismiss is requested in good faith and will not prejudice either party to this action.

5. The parties have not previously requested an extension of any deadline or continuance of any hearing associated with Defendant's motion to dismiss, and the requested continuance will not impact any other deadlines in the action.

Date: July 15, 2019          Respectfully submitted,

By: *s/ Rachel E. Kaufman*
Rachel E. Kaufman, Esq.
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
Email: rachel@kaufmanpa.com

Amanda Benedict, Esq.
LAW OFFICE OF AMANDA BENEDICT
7710 Hazard Center Drive, Ste E104
San Diego, CA 92108
Telephone: (760) 822-1911
amanda@amandabenedict.com

*Counsel for Plaintiff and all others similarly situated*

By: *s/ Michael Weed*
Michael Weed (SBN 199675)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 300
Sacramento, CA 95814
Telephone: (916) 447-9200
Email: mweed@orrick.com

*Counsel for Defendant Codefied, Inc.*

**IT IS SO ORDERED**, this 16th day of July, 2019 in Sacramento, California.

<u>/s/ John A. Mendez</u>
JOHN A. MENDEZ
U. S. District Court Judge