1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Rachel E. Kaufman, CA Bar No. 259353
Avi R. Kaufman, *pro hac vice*
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
rachel@kaufmanpa.com

Amanda F. Benedict, CA Bar No. 200291
LAW OFFICE OF AMANDA F. BENEDICT
7710 Hazard Center Dr., Ste E-104
San Diego, CA 92108
Telephone: (760) 822-1911
Facsimile: (760) 452-7560
amanda@amandabenedict.com

*Counsel for Plaintiff and all others similarly situated*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CLIFFORD ARMSTRONG, individually
and on behalf of all others similarly
situated,

Plaintiff,

v.

CODEFIED, INC., a Delaware
corporation,

Defendant.

No. 2:19-cv-00550-JAM-EFB

**JOINT STIPULATION AND ORDER FOR
EXTENSION OF DEADLINE TO FILE
MOTION FOR PRELIMINARY
APPROVAL**

Plaintiff Clifford Armstrong ("Plaintiff") and Defendant Codefied, Inc. d/b/a Housecall Pro

("Defendant"), by and through their undersigned counsel, respectfully submit this Joint Stipulation

to extend the deadline to submit a motion for preliminary approval of a class-wide settlement

agreement (D.E. 21).

1.      On August 16, 2019, the parties notified the Court that they reached an agreement

in principle to settle the litigated claims in this case on a class-wide basis, subject to Court approval.

2.      Pursuant to this Court's Order (D.E. 21), September 9, 2019 is the deadline to submit

1

a motion for preliminary approval.

3.     The parties are in the process of drafting a written Settlement Agreement and related documents and request a brief extension of time up to and including September 13, 2019 to finalize the Settlement Agreement and move for preliminary approval.

4.     This brief extension of time is requested in good faith and will not prejudice either party to this action.

5.     The parties have not previously requested an extension of any deadline associated with the motion for preliminary approval, and the requested continuance will not impact any other deadlines in the action.

Date: September 9, 2019                    Respectfully submitted,

By: *s/ Rachel E. Kaufman*
    Rachel E. Kaufman, Esq.
    Avi R. Kaufman, Esq.
    KAUFMAN P.A.
    400 NW 26th Street
    Miami, FL 33127
    Telephone: (305) 469-5881
    Email: rachel@kaufmanpa.com

    Amanda Benedict, Esq.
    LAW OFFICE OF AMANDA BENEDICT
    7710 Hazard Center Drive, Ste E104
    San Diego, CA 92108
    Telephone: (760) 822-1911
    amanda@amandabenedict.com

    *Counsel for Plaintiff and all others similarly situated*

By: *s/ Michael Weed*
    Michael Weed (SBN 199675)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    400 Capitol Mall, Suite 300
    Sacramento, CA 95814
    Telephone: (916) 447-9200
    Email: mweed@orrick.com

    *Counsel for Defendant Codefied, Inc.*

1

2       **IT IS SO ORDERED**, this 9th day of September, 2019 in Sacramento, California.

3                                      /s/ John A. Mendez
                                       JOHN A. MENDEZ

4                                        HONORABLE DISTRICT COURT JUDGE